# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148837

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

SC: 148837
COA: 312276
Macomb CC: 2011-000946-FC

DAVID TYLER MONTALDI,
　　　　　Defendant-Appellant.

_____/

　　　　On order of the Court, the application for leave to appeal the January 23, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



s0616

Clerk